| | |
|---|---|
| 1 | GEOFFREY A. HANSEN <br> Acting Federal Public Defender |
| 2 | JOYCE LEAVITT <br> Assistant Federal Public Defender |
| 3 | 555 12th Street, Suite 650 <br> Oakland, CA 94607-3627 |
| 4 | (510) 637-3500 |
| 5 | Counsel for Defendant BARNETT |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR 12-00320 YGR |
| | ) | ORDER GRANTING |
| v. | ) | STIPULATION ~~AND [PROPOSED]~~ |
| | ) | ~~ORDER~~ CONTINUING STATUS |
| | ) | DATE; EXCLUSION OF TIME |
| DANIEL BARNETT, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case with respect to Daniel Barnett, currently scheduled for Thursday, July 26, 2012, at 2:00 p.m. before Honorable Yvonne Gonzalez Rogers, may be continued to Thursday, August 2, 2012, at 2:00 p.m. for status. The reason for the continuance is that defense counsel received a summons to appear in superior court for jury duty on July 26, 2012. A continuance will allow defense counsel to be present and also continue to review discovery with Mr. Barnett and prepare for the next court date.

The parties therefore stipulate that the time from July 26, 2012, to August 2, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(b), (h)(7)(A)

*U S v. Daniel Barnett*, CR 12-00320 YGR;
Stip. Cont. Status Date; Excluding time          - 1 -

and (B)(iv) for continuity of counsel and adequate preparation of counsel so that counsel can be present and also have additional time to review the evidence and case with Mr. Barnett prior to court.

DATED: 7/18/12 /s/
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 7/18/12 /s/
ANDREW M. SCOBLE
Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date for Daniel Barnett is hereby continued from July 26, 2012, to Thursday, August 2, 2012, at 2:00 p.m. for status.

IT IS FURTHER ORDERED that the time from July 26, 2012, to August 2, 2012, is excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel so that counsel can be present and also continue to review the evidence and case with Mr. Barnett prior to the next court date.

The Court finds that there is good cause and that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: July 19, 2012
_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge