| | |
|---|---|
| 1 | GEOFFREY A. HANSEN |
|   | Acting Federal Public Defender |
| 2 | JOYCE LEAVITT |
|   | Assistant Federal Public Defender |
| 3 | 555 12th Street, Suite 650 |
|   | Oakland, CA 94607-3627 |
| 4 | (510) 637-3500 |
| 5 | Counsel for Defendant BARNETT |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 12-00320 YGR |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING STIPULATION ~~AND [PROPOSED]~~ ~~ORDER~~ CONTINUING CHANGE OF PLEA DATE; EXCLUSION OF TIME |
| v. | ) | |
| DANIEL BARNETT, | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date in this case with respect to Daniel Barnett, currently scheduled for Thursday, September 13, 2012, at 2:00 p.m. before Honorable Yvonne Gonzalez Rogers, may be continued to Thursday, September 27, 2012, at 2:00 p.m. for change of plea. The reason for the continuance is that defense counsel needs additional time to review the plea agreement and discovery with Mr. Barnett prior to the change of plea. The agreement anticipates a substantial sentence and counsel needs to ensure that Mr. Barnett has had sufficient time to consider the plea agreement prior to his change of plea. Counsel is also unavailable on September 20, 2012. A continuance to September 27, 2012, should

*U S v. Daniel Barnett*, CR 12-00320 YGR;
Stip. Re: Change of Plea; Excluding time         - 1 -

allow defense counsel sufficient time to thoroughly review the plea with Mr. Barnett and answer all of his questions prior to the change of plea.

The parties therefore stipulate that the time from September 13, 2012, to September 27, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv) for adequate preparation of counsel so that counsel can review the terms of the plea agreement and respond to all of Mr. Barnett's questions prior to the entry of the change of plea.

DATED: 9/07/12 _____/s/_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 9/07/12 _____/s/_____
ANDREW M. SCOBLE
Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that change of plea date in this case with respect to Daniel Barnett, currently scheduled for Thursday, September 13, 2012, at 2:00 p.m. is continued to Thursday, September 27, 2012, at 2:00 p.m. for change of plea.

IT IS FURTHER ORDERED that the time from September 13, 2012, to September 27, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv) for adequate preparation of counsel so that counsel can review the terms of the plea agreement and respond to all of Mr. Barnett's questions prior to the entry of the change of plea. The Court finds that there is good cause and that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial

and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: September 10, 2012

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge